IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,    )
                Plaintiff,    )
      vs.    )    Case No. 11-40064-01-RDR
                      )
GALEN LANE FRANCIS,    )
                Defendant.    )
_____    )

## O R D E R

**NOW** on this 4th day of October, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of ten (10) days within which to file motions. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a delay, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the accused shall have additional time up to and including October 10, 2011 to file motions in the above-entitled action, and the government shall have until October 17, 2011 to file responses. The hearing on said motions shall be held on October 26, 2011 at 10:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                                        s/Richard D. Rogers
                                        United States District Judge